UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
MORALES, ET AL.,

                          **Plaintiffs,**

       -against-

740 ROAST CORP, ET AL.,

                         **Defendants.**
-------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  10/7/2020

**1:20-cv-03740-ALC**
**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Plaintiffs' response to the Court's Order to Show Cause. ECF No. 21. It is hereby ORDERED that Plaintiffs move for default judgment no later than November 4, 2020, unless Defendants appear.

**SO ORDERED.**
**Dated:**     **New York, New York**
               **October 7, 2020**

                                                         _____
                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**